610 S.E.2d 326

**David Lee MOORE,Appellant,**

v.

**COMMONWEALTH of Virginia, Appellee.**

**Record No. 2648–03–1.**

Court of Appeals of Virginia.

March 22, 2005.

Before Chief Judge FITZPATRICK, Judges BENTON, ELDER, BUMGARDNER, FRANK, HUMPHREYS, CLEMENTS, FELTON, KELSEY, McCLANAHAN and HALEY.

Upon a Petition for Rehearing En Banc

On March 8, 2005 came the appellee, by the Attorney General of Virginia, and filed a petition praying that the Court set aside the judgment rendered herein on, February 22, 2005 and grant a rehearing *en banc* thereof.

On consideration whereof, the petition for rehearing *en banc* is granted, the mandate entered herein on February 22, 2005 is stayed pending the decision of the Court *en banc,* and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35. The appellee shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellee shall file with the clerk of this Court twelve additional copies of the appendix previously filed in this case.